

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
M. Miller Baker
Judge

June 22, 2023

*(Via CM/ECF)*

Gregory S. Menegaz, Esq.
J. Kevin Horgan, Esq.
Alexandra H. Salzman, Esq.
Vivien J. Wang, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, N.W.
Suite 410
Washington, DC  20005

Brian M. Boynton, Esq.
Patricia M. McCarthy, Esq.
Justin R. Miller, Esq.
Claudia Burke, Esq.
Hardeep K. Josan, Esq.
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY  10278

Timothy C. Brightbill, Esq.
Maureen E. Thorson, Esq.
Stephanie M. Bell, Esq.
Wiley Rein LLP
2050 M Street, N.W.
Washington, DC  20036

Jennifer Petelle, Esq.
Office of the Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, DC  20229

Re: *Am. Pac. Plywood, Inc., v. U.S.*
Consol. Ct. No. 20-03914

Dear Counsel:

As you know, today I issued a confidential slip opinion in this case. I intend to issue a public version of the opinion on Friday, June 30, 2023. In the confidential opinion, material from the administrative record that was designated as confidential is set off in double brackets.

Please review the confidential opinion and inform these chambers no later than Thursday, June 29, 2023, whether any party disagrees with or wishes to waive the redactions.

Please respond by CM/ECF and file under seal if necessary.

Thank you in advance for your assistance with this matter.

        Sincerely,

        /s/ *M. Miller Baker*
        M. Miller Baker, Judge