**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**  **Form 1**
**March 2023**

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 20-03914

Case title being appealed: AMERICAN PACIFIC PLYWOOD, INC., et al. v. United States

Date of final judgment or order being appealed: 06/22/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Plaintiffs American Pacific Plywood, Inc., U.S. Global Forest, Inc., LB Wood Cambodia Co., Ltd., and Cambodian Happy Home Wood Products Co., Ltd.

Date: 08/18/2023

Signature: /s/ Gregory S. Menegaz

Name: Gregory S. Menegaz

Address: deKieffer & Horgan, PLLC

1156 15th Street NW, Suite 1101

Washington, DC 20005

Phone Number: (202) 783-6900

Email Address: gmenegaz@dhlaw.com