FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1 March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 20-03914

Case title being appealed: AMERICAN PACIFIC PLYWOOD, INC., et al. v. United States

Date of final judgment or order being appealed: 06/22/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Plaintiff InterGlobal Forest, LLC

Date: 08/18/2023

Signature: /s/ Thomas H. Cadden

Name: Thomas H. Cadden

Address: Cadden & Fuller, LLP

2050 Main Street, Suite 260

Irvine, California 92614

Phone Number: (949) 788-0827

Email Address: tcadden@caddenfuller.com