## UNITED STATES COURT OF INTERNATIONAL TRADE

AMERICAN PACIFIC PLYWOOD, INC.; U.S. GLOBAL FOREST, INC.; and INTERGLOBAL FOREST, LLC,

    *Plaintiffs*,

and

LB WOOD CAMBODIA CO., LTD., and CAMBODIAN HAPPY HOME WOOD PRODUCTS CO., LTD.,

    *Plaintiff-Intervenors*,

v.

UNITED STATES,

    *Defendant*,

and

COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,

    *Defendant-Intervenor*.

Consol. Ct. No. 20-03914-MMB

## ORDER

Plaintiff InterGlobal Forest, LLC, moves for clarification of the remand order and to complete the administrative record. ECF 160. The company represents that before seeking this relief, on March 18, 2026, it sent a "meet and confer letter" to the government. *See id.* at 4; *cf.* USCIT R. 7(f).

That letter resulted in a March 25 videoconference between InterGlobal's counsel and the Justice Department attorney assigned to the case. The company states that during that call, the Department committed to consulting with Customs about whether the remand order requires clarification and what

position the latter agency takes on the list of documents provided in Inter-Global's March 18 letter.

Rather than allowing Justice any meaningful time to follow up on those commitments, InterGlobal's counsel sent another letter on March 27 (two days after the videoconference) complaining about the lack of a follow-up and demanding a further conference call no later than 1:00 EDT on Monday, March 30 (less than one business day after the March 27 letter). *See* ECF 160, Ex. 2. Such unilateral and unprofessional attempts to dictate an immediate turnaround time do not satisfy a litigant's obligation to make a good-faith effort to consult with the other parties before seeking relief from this court.

The court therefore denies InterGlobal's motion and directs the parties to attempt to resolve the matter without involving the court. The denial is without prejudice to the company's right to file a renewed motion if such efforts fail.

Dated:     March 31, 2026                    /s/ *M. Miller Baker*
           New York, New York                M. Miller Baker, Judge

2